UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ARIANN MARIE EAST, *et al.*,

Plaintiffs,

v.

COUNTY OF FRESNO, *et al.*,

Defendants.

Case No. 1:26-cv-04825-EPG

ORDER GRANTING STIPULATION TO EXTEND DEFENDANT COUNTY OF FRESNO'S TIME TO RESPOND TO COMPLAINT

(ECF No. 7)

On September 1, 2026, Defendant County of Fresno and Plaintiffs Ariann Marie East and Carlos Eduardo Fonseca, both individually and as guardian ad litem for Elliana Fonseca and Aurelia Fonseca, filed a stipulation to extend Defendant County of Fresno's time to respond to the complaint until October 13, 2026. (ECF No. 7). The stipulation provides the following:

> 1. The parties hereby stipulate and request the Court to continue the responsive pleading due date until October 13, 2026.
> 2. On June 23, 2026, plaintiffs filed a complaint. On August 14, 2026, plaintiffs served a summons and complaint to the County only. The County's responsive pleading is due on September 4, 2026.
> 3. To date, plaintiffs have not served individually named defendants ARACELI MARQUEZ; JENNIFER COOPER; TIFFANY WILLIAMS; CHERI ARCHULETA; ELIZABETH ASTORGA ("County employee defendants") with a summons and copy of the complaint.
> 4. On August 31, 2026, defense counsel for the County initiated meet and confer correspondence with plaintiffs' counsel about filing one responsive pleading on behalf of the County and the County employee defendants to avoid duplicative subsequent filings since defense counsel for the County is representing all individually named County employee defendants listed herein, also.

> 5. In the interests of expending the parties' and the Court's time and resources efficiently, the parties stipulate to extend the current due date of September 4, 2026, for defendant County to file its responsive pleading until October 13, 2026.
> 6. Additionally, by extending the responsive pleading deadline this will provide plaintiffs the opportunity to serve the summons and operative complaint to all other individually named defendants. During meet and confer correspondence, defense counsel agreed to accept service of the summons on behalf of all County employee defendants, listed herein, effective on August 14, 2026.
> 7. Once service is complete, the parties agree that the County and all County employee defendants will have a mutual last day to file a responsive pleading on October 13, 2026.
> 8. On June 23, 2026, the Court scheduled a formal Scheduling Conference on September 24, 2026, at 10:30 AM, before U.S. Magistrate Judge Erica P. Grosjean, in courtroom #10. By defense counsel accepting service of process of the summons on behalf of the individually named defendants, effective August 14, 2026, it is more likely that the parties will not be prepared to appear at the Scheduling Conference without interruption and plaintiffs will likely not meet the time limits provided by Federal Rules of Civil Procedure 4(m).
> 9. Plaintiffs agree to not file an entry of default against the County and County employee defendants on or before September 4, 2026.
> 10. As such, during the parties' meet and confer, the parties agreed to request a continuance of the responsive pleading date.

(*Id.*).

Upon consideration, and good cause appearing, the Court shall GRANT the stipulation and orders that Defendant County of Fresno's response to the complaint is due no later than October 13, 2026.

In light of the stipulation, the Initial Scheduling Conference, currently set for September 24, 2026, before Magistrate Judge Erica P. Grosjean, (ECF No. 3), is continued to October 20, 2026, at 10:00 AM before Magistrate Judge Erica P. Grosjean. The deadline for filing the Joint Scheduling Report is continued to a date at least seven (7) days before the continued Initial Scheduling Conference.

IT IS SO ORDERED.

Dated: **September 2, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE