UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ARIANN MARIE EAST, *et al.*,

Plaintiffs,

v.

COUNTY OF FRESNO, *et al.*,

Defendants.

Case No. 1:26-cv-04825-JLT-EPG

ORDER GRANTING STIPULATION TO EXTEND DEFENDANTS CITY OF REEDLEY, DETECTIVE ARMENTA, SERGEANT GARZA, AND DETECTIVE MEDINA'S TIME TO RESPOND TO COMPLAINT

(ECF No. 17)

On October 23, 2026, Defendants City of Reedley, Detective Armenta, Sergeant Garza, and Detective Medina and Plaintiffs Ariann Marie East and Carlos Eduardo Fonseca, both individually and as guardian ad litem for Elliana Fonseca and Aurelia Fonseca, filed a stipulation to extend Defendants City of Reedley, Detective Armenta, Sergeant Garza, and Detective Medina's time to respond to the complaint until November 6, 2026. (ECF No. 17).

Upon consideration, and good cause appearing, the Court shall GRANT the stipulation and orders that Defendants City of Reedley, Detective Armenta, Sergeant Garza, and Detective Medina's response to the complaint is due no later than November 6, 2026.

IT IS SO ORDERED.

Dated: **October 26, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE